

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
**Clerk**

Date 4/15/2021

**Aaron A. Krolik**
Aaron Krolik Law Office, LLC
225 W. Washington St. Suite 2200
Chicago, IL 60606

RE:   Himmel v. National Credit Systems, Inc.
USDC Case Number: 1:21-cv-02008

Dear Counselor:

The records of this office indicate that on 04/14/2021 a notice of removal pursuant to 28 USC 1441 et seq. was filed with this court in connection with the above referenced matter.  The notice lists the circuit court case number as 21CH963. The documents filed with the notice of removal list you as counsel for the plaintiff.

The purpose of this letter is to inform you that the Local Rules of this Court require that an appearance form be filed by an attorney who intends to represent a party in any proceeding before this Court. For your convenience, a copy of this form is located on the District Court website at http://www.ilnd.uscourts.gov/OnlineForms.aspx.

                              Sincerely,
                              Thomas G. Bruton, Clerk

                              By: /s/E. Caswick_____
                                      Deputy Clerk

Enclosure

Rev. 09/23/2016