

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
Clerk

Date 6/14/2021

Iris Y. Martinez, Clerk
Circuit Court of Cook County
Richard J. Daley Center
50 W. Washington Street
Chicago, IL  60602

Re:  Himmel v. National Credit Systems, Inc.
USDC Case Number:  1:21-cv-02008
Circuit Court Case Number:  21CH963

Dear Clerk:

A certified copy of an order entered on 6/1/2021 by the Honorable Charles P. Kocoras, remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith transmitted to you for your files.

        Sincerely yours,
        Thomas G. Bruton, Clerk

        By: /s/ E. Caswick
            Deputy Clerk

Enclosure(s)

Rev. 10/05/2016